1

Case 5:25-cv-00072   Document 1-2   Filed on 04/17/25 in TXSD   Page 1 of 2



Official Website of the Department of Homeland Security

Report

Main Menu

< BACK TO RESULTS

# Facility Page

### Detention Information For:

**REDA AOUN**
**Country of Birth:** Lebanon
**A-Number:** 205802101

### Current Detention Facility:

SOUTH TEXAS DETENTION FACILITY

566 VETERANS DRIVE

PEARSALL, TX 78061

**Visitor Information:** (830) 334-2939

MORE INFORMATION >



Privacy - Terms