United States District Court
Southern District of Texas

**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| REDA AHMED AOUN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-72 |
| | § | |
| US IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT AGENCY *et al.* | § | |

## ORDER

Before the Court is Petitioner's motion for leave to amend his habeas corpus petition to strike Respondents GEO Group and Warden Bobby Thompson of the South Texas Detention Facility, and replace them with La Salle County, Texas, and its Sheriff, Hector C. Ramirez (Dkt. Nos. 13, 14). The Federal Respondents do not oppose Petitioner's motion for leave to amend, as indicated in a May 16, 2025, email to Petitioner's counsel (Dkt. Nos. 13 at 3, 5; 14 at 3, 5). Thus, because Federal Rule of Civil Procedure 15(a)(2) permits an amendment "with the opposing party's written consent," the Court **GRANTS** Petitioner leave to amend his complaint. *See* Rules Governing Section 2254 Cases, Rule 1(b) (§ 2254 rules apply to 28 U.S.C. § 2241 cases); Rule 12 (Federal Rules of Civil Procedure apply in habeas actions to the extent they are not inconsistent with the habeas rules); *Evergreen Media Holdings v. Warner Bros. Ent.*, No. CIV.A. H-14-0793, 2014 WL 5681852, at *5 (S.D. Tex. Nov. 4, 2014) (granting unopposed motion for leave to amend).

Therefore, Respondents GEO Group and Warden Thompson are **DISMISSED** from this action, and La Salle County, Texas, and Sheriff Ramirez are **JOINED** as Respondents. Going forward, Petitioner's amended petition at Docket Number 14-2 will be the operative petition unless otherwise ordered. In accordance with Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of Court is **DIRECTED** to serve a copy of the petition (Dkt. No. 14-2) and this Order on Respondents La Salle County and Sheriff

Ramirez. The Clerk of Court must serve these documents by certified mail, return receipt requested, sent to the following address: 101 Courthouse Square, Cotulla, TX 78014.

It is unclear, however, why the Federal Respondents have not already responded to Petitioner's habeas claim. On April 24, 2025, United States Magistrate Judge Bemporad ordered service of Petitioner's habeas petition on the Federal Respondents through the United States Attorney's Office and directed the Federal Government to file a response within seven days of service (Dkt. No. 4 at 2). Service was apparently effectuated on April 30, 2025, making the response due on May 7, 2025 (Dkt. No. 5). *See* USPS TRACKING, https://tools.usps.com/go/TrackAction (in search box, enter "9589071052700402406056," the tracking number of the certified mail copy of the petition sent to the United States Attorney's Office). However, the Federal Government has not filed a response to the petition, or a motion to extend its response deadline. Its only filing to date is its motion to transfer (Dkt. No. 6). Thus, it has not complied with Judge Bemporad's order for a response within seven days of service—its response has been outstanding for over two weeks (Dkt. No. 4 at 2).

This Court must enforce Judge Bemporad's valid and unrevoked order requiring a timely response from the Federal Government. "[A] federal court is bound by the proper orders of another federal court." *In re DaimlerChrysler Corp.*, 294 F.3d 697, 700 (5th Cir. 2002) (citing *Celotex Corp. v. Edwards*, 514 U.S. 300, 313 (1995)); *see also Gee v. Women's Health Care Ctr.*, No. MC 18-4793, 2019 WL 2617109, at *2 (E.D. La. June 25, 2019) ("Federal courts must respect and enforce the orders of other courts." (citing *In re DaimlerChrysler Corp.*, 294 F.3d at 700)). Given that the Federal Government has been on notice of Petitioner's claim that he is illegally detained for over three weeks, an order requiring a prompt response is warranted. Therefore, the Federal Government must file

its response **by May 30, 2025**. Respondents La Salle County and Sheriff Ramirez may join the Federal Government's response or file a response of their own within seven days of service. If Petitioner elects to file a reply, he may do so **by June 30, 2025**.

It is so **ORDERED**.

**SIGNED** May 23, 2025.

Marina Garcia Marmolejo
United States District Judge